IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON, WEST VIRGINIA, CITY OF CHARLESTON, WEST VIRGINIA, CITY OF KENOVA, WEST VIRGINIA, and TOWN OF CEREDO, WEST VIRGINIA, municipal corporations,<br><br>Plaintiffs<br><br>v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; MCCLOUD FAMILY PHARMACY, INC.; T&J ENTERPRISES, INC.; CONTINUUMCARE PHARMACY LLC; MEDICAL PARK PHARMACY LTC, INC.; WEST VIRGINIA CVS PHARMACY, L.L.C.; MRNB, INC.; RXBYTEL, INC.; RITE AID OF WEST VIRGINIA, INC.; KROGER LIMITED PARTNERSHIP I; SAFE RX PHARMACIES, INC.; PASTM, INC.; CROSS LANES FAMILY PHARMACY, INC.; and BEEWELL PHARMACY, INC.,<br><br>Defendants. | Civil Action No. 2:18-cv-00580<br><br>Judge David A. Faber |

**UNOPPOSED MOTION TO STAY THE PROCEEDINGS PENDING RESOLUTION OF**

**THE CONDITIONAL TRANSFER ORDER**

COME NOW Defendants Express Scripts Holding Company and Express Scripts, Inc.

(together, "Express Scripts")[1]; West Virginia CVS Pharmacy, L.L.C.; Rite Aid of West Virginia,

Inc.; Kroger Limited Partnership I; McCloud Family Pharmacy, Inc.; Medical Park Pharmacy

---

[1] Express Scripts and Defendants file this unopposed motion without waiver to any argument that this Court lacks personal jurisdiction over any of the parties.

1

LTC, Inc.; PASTM, Inc.; Beewell Pharmacy, Inc., MRNB, Inc.; Cross Lanes Family Pharmacy, Inc.; and Continuumcare Pharmacy LLC (collectively, "Defendants"), by their respective counsel, respectfully move this Court for a stay of the proceedings, including briefing on Plaintiffs' Motion to Remand and Defendants' responses to the Complaint, until full resolution of the Conditional Transfer Order 26 ("CTO-26") entered by the Judicial Panel on Multidistrict Litigation ("JPML") for *In Re: National Prescription Opiate Litigation*, MDL No. 2804 on April 25, 2018. (JPML Dkt. No. 1302.) In support of their motion, Defendants state as follows:

1. Plaintiffs filed their Complaint with the Circuit Court of Kanawha County, West Virginia on March 14, 2018.

2. The matter was removed to this Court by Notice of Removal, filed on April 16, 2018. (Dkt. No. 7.)

3. On April 18, 2018, Defendants filed an Unopposed Motion to Extend Time to Respond to Complaint (Dkt. No. 10), which the Court granted on April 19, 2018. (Ct. Order, Dkt. No. 11.) The Court Order extended the deadline to respond to the Complaint to June 14, 2018.

4. On April 18, 2018, Express Scripts filed a Notice of Potential Tag-Along with the JPML pursuant to JPML Rule 7.1(a). (JPML Dkt. No. 1237.)

5. On May 1 and May 3, 2018, Defendants MRNB, Inc.; Cross Lanes Family Pharmacy, Inc.; Medical Park Pharmacy, LTC, Inc.; PASTM, Inc.; McCloud Family Pharmacy Inc.; and Beewell Pharmacy, Inc. ("Local Pharmacy Defendants") filed their Notices of Opposition to CTO-26. (JPML Dkt. Nos. 1329, 1330, 1387.)

6. On May 16, 2018, the Local Pharmacy Defendants filed their Motions to Vacate CTO-26. (JPML Dkt. Nos. 1496, 1498, 1501.)

7. On May 16, 2018, Plaintiffs filed a Motion to Remand the present case to state court. (Dkt. Nos. 21, 22.)

8. The consolidated responses to the CTO are currently due by June 7, 2018 (JPML Dkt. No. 1389), and Defendants' responses to the Complaint are currently due by June 14, 2018.

9. On May 21, 2018, Defendants and Plaintiffs agreed to stay the proceedings until full resolution of CTO-26 in the interest of judicial economy.

10. No prejudice will result to any party as a result of allowing a stay of the current proceedings, and a stay will further judicial economy and conserve judicial resources.

WHEREFORE Defendants respectfully request that this Court stay the proceedings, including briefing on Plaintiffs' Motion to Remand and Defendants' responses to the Complaint, until full resolution of CTO-26 by the JPML.

Dated: May 22, 2018

Respectfully Submitted,

*/s/ Charles R. Bailey*

Matthew I. Menchel
FL Bar No. 12043
Adriana Riviere-Badell
FL Bar No. 30572
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120
Email: matthew.menchel@kobrekim.com
Email: adriana.riviere-badell@kobrekim.com

Julian W. Park
CA Bar No. 2263501
Kobre & Kim LLP
150 California Street, 19th Floor
San Francisco, California 94111

T: +1 415 582 4800
F: +1 415 582 4811
Email: julian.park@kobrekim.com

Steven G. Kobre
NY. Bar No. 2581940
Alana F. Montas
NY Bar No. 5078878
Kobre & Kim LLP
800 3rd Avenue
New York, NY 10022
T: +1 212 488 1200
F: +1 212 488 1220
Email: steven.kobre@kobrekim.com
Email: alana.montas@kobrekim.com

Charles R. Bailey
(WV Bar No. 0202)
Justin C. Taylor
(WV Bar No. 8014)
Bailey & Wyant P.L.L.C.
500 Virginia Street East, Suite 600
Charleston WV 25301
T: 304 345 4222
F: 304.343.3133
Email: cbailey@baileywyant.com
Email: jtaylor@baileywyant.com
*Attorneys for Defendants Express Scripts*
*Holding Company and*
*Express Scripts, Inc.*

*/s/Carte P. Goodwin*_____
Sasha Miller
Washington DC Bar No. 474325
Zuckerman Spaeder, LLP
1800 M Street, NW
Suite 1000
Washington DC 20036-5807
Telephone: (202) 778-1845
Email: smiller@zuckerman.com

Carte P. Goodwin (WVSB #8039)
FROST BROWN TODD, LLC
500 Virginia Street East, Suite 1100
Charleston, West Virginia 25301-3207
Phone: (304) 348-2422

4

Facsimile: (304) 345-0115
cgoodwin@fbtlaw.com
*Counsel for Defendant West Virginia CVS Pharmacy, LLC*

*/s/Ronda Harvey*_____
Ronda Harvey (WVSB #6326)
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25326
Telephone: 304-347-1701
rharvey@bowlesrice.com
*Counsel for Defendant Kroger Limited Partnership I*

*/s/ Webster J. Arcenaux, III*_____
Webster J. Arceneaux, III, State Bar #155
LEWIS GLASSER PLLC
300 Summers Street, Suite 700
Post Office Box 1746
Charleston, West Virginia 25326
(304) 345-2000
Email: wjarceneaux@lewisglasser.com
*Counsel for Defendant Rite Aid of West Virginia, Inc.*

*/s/ Scott W. Andrews*_____
Scott W. Andrews (WVSB #5772)
Leigh G. Latherow (WVSB #12116)
VANANTWERP ATTORNEYS, LLP
1544 Winchester Avenue, 5th Floor
P.O. Box 1111
Ashland, KY 41105-1111
sandrews@vanattys.com
Office: (606) 329-2929
Fax: (606) 329-0490
*Counsel for Defendants, Medical Park Pharmacy, PASTM, Inc., McCloud Family Pharmacy, and Beewell Pharmacy*

*/s/ Michael A. Meadows*_____
Nicholas Reynolds (WVSB 3068)
Owen A. Reynolds (WVSB 13035)
Michael A. Meadows (WVSB 10100)
CAMPBELL WOODS, PLLC

5

        1002 Third Avenue
        Post Office Box 1835
        Huntington, WV 25719-1835
        304.529.2391 Telephone
        304.529.1832 Facsimile
        nreynolds@campbellwoods.com
        oreynolds@campbellwoods.com
        michaelmeadows@campbellwoods.com
        *Counsel for Defendant MRNB, Inc.*

        */s/ Duane J. Ruggier*_____
        Duane J. Ruggier II, Esquire WVSB #7787
        PULLIN, FOWLER, FLANAGAN,
        BROWN & POE, PLLC
        JamesMark Building
        901 Quarrier Street
        Charleston, WV 25301
        druggier@pffwv.com
        *Counsel for Defendant Cross Lanes Family Pharmacy, Inc.*

        */s/ Gerald M. Titus*_____
        Gerald M. Titus, III (WV State Bar # 9392)
        James E. Simon (WV State Bar # 13265)
        SPILMAN THOMAS & BATTLE, PLLC
        300 Kanawha Boulevard, East (Zip 25301)
        Post Office Box 273
        Charleston WV 25321-0273
        (304) 340-3800 / (304) 340-3901 (*facsimile*)
        gtitus@spilmanlaw.com
        jsimon@spilmanlaw.com
        *Counsel for Defendant Continuumcare Pharmacy LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Unopposed Motion to Stay the Proceedings Pending Resolution of the Conditional Transfer Order** and **[Proposed] Order** were served on the following parties by ECF, email, and/or First Class U.S. Mail on this day, Tuesday, May 22, 2018:

**Counsel for Plaintiffs:**

| | |
|---|---|
| Charles R. "Rusty" Webb<br>Bar No. 4782<br>The Webb Law Centre, PLLC<br>716 Lee St. E.<br>Charleston, West Virginia 25301<br>Phone: (304) 344-9322<br>Fax: (304) 344-1157<br>Email: rusty@rustywebb.com | W. Jesse Forbes, Esq.<br>Bar No. 9956<br>Forbes Law Offices, PLLC<br>1118 Kanawha Blvd., East<br>Charleston, West Virginia 25301<br>Phone: (304) 343-4050<br>Fax: (304) 343-7450<br>Email: wjforbes@forbeslawwv.com |
| Dennis C. Taylor<br>Bar No. 6965<br>Debra Price<br>Bar No. 2979<br>Talcott Franklin P.C.<br>831 Fourth Avenue, Suite 201<br>Huntington, West Virginia 25701<br>Phone: (304) 586-9847<br>Fax: (800) 727-0659<br>Email: dennis@talcottfranklin.com<br>Email: dee@talcottfranklin.com | Talcott J. Franklin<br>Shannon W. Conway<br>Matthew Browne<br>Talcott Franklin P.C.<br>1920 McKinney Avenue, 7th Floor<br>Dallas, Texas 75201<br>Phone: (214) 321-3838<br>Fax: (800) 727-0659<br>Email: tal@talcottfranklin.com<br>Email: sconway@talcottfranklin.com<br>Email: matt@talcottfranklin.com |
| Paul D. Ellis<br>Bar No. 8726<br>City Attorney<br>City of Charleston<br>P.O. Box 2749<br>Charleston, West Virginia 25330<br>Phone: (304) 348-8031<br>Fax: (304) 348-0770<br>Email: paul.ellis@cityofcharleston.org | Scott A. Damron<br>State Bar No. 935<br>City Attorney<br>City of Huntington<br>P.O. Box 1659<br>Huntington, WV 25717<br>Phone: (304) 696-4480<br>Fax: (304) 696-5538<br>Email: damrons@cityofhuntington.com |

**Counsel for Defendants:**

| | |
|---|---|
| Scott W. Andrews<br>Leigh G. Latherow<br>VANANTWERP ATTORNEYS, LLP<br>1544 Winchester Avenue, 5th Floor<br>P.O. Box 1111<br>Ashland, KY 41105-1111<br>Telephone: (606) 329-2929<br>Facsimile: (606) 329-0490<br>Email: sandrews@vanattys.com<br>Email: llatherow@vanattys.com<br>*Counsel for Defendants, Medical Park Pharmacy, PASTM, Inc., McCloud Family Pharmacy, and Beewell Pharmacy* | Nicholas Reynolds<br>Owen A. Reynolds<br>Michael A. Meadows<br>CAMPBELL WOODS, PLLC<br>1002 Third Avenue<br>Post Office Box 1835<br>Huntington, WV 25719<br>Telephone: (304) 529-2391<br>Facsimile: (304) 529-1832<br>Email: nreynolds@campbellwoods.com<br>Email: oreynolds@campbellwoods.com<br>Email: michaelmeadows@campbellwoods.com<br>*Counsel for Defendant MRNB, Inc.* |
| Ronda Harvey<br>Bowles Rice LLP<br>600 Quarrier Street<br>Charleston, WV  25326<br>Telephone: (304) 347-1701<br>Email: rharvey@bowlesrice.com<br>*Counsel for Defendant Kroger Limited Partnership I* | Webster J. Arceneaux, III<br>Lewis Glasser PLLC<br>300 Summers Street, Suite 700<br>Charleston, West Virginia 25326<br>Telephone: (304) 345-2000<br>Email: wjarceneaux@lewisglasser.com<br>*Counsel for Defendant Rite Aid of West Virginia, Inc.* |
| Sasha Miller<br>Zuckerman Spaeder, LLP<br>1800 M Street, NW<br>Suite 1000<br>Washington DC 20036-5807<br>Telephone: (202) 778-1845<br>Email: smiller@zuckerman.com<br><br>Carte P. Goodwin<br>Frost Brown Todd, LLC<br>500 Virginia Street East, Suite 1100<br>Charleston, West Virginia 25301-3207<br>Phone: (304) 348-2422<br>Facsimile: (304) 345-0115<br>Email: cgoodwin@fbtlaw.com<br>*Counsel for Defendant West Virginia CVS Pharmacy, LLC* | Gerald M. Titus, III<br>James E. Simon<br>SPILMAN THOMAS & BATTLE, PLLC<br>300 Kanawha Boulevard, East (Zip 25301)<br>Post Office Box 273<br>Charleston WV 25321-0273<br>Telephone: (304) 340-3800<br>Facsimile: (304) 340-3901<br>Email:gtitus@spilmanlaw.com<br>Email:jsimon@spilmanlaw.com<br>*Counsel for Defendant Continuumcare Pharmacy LLC* |

| | |
|---|---|
| Duane J. Ruggier II<br>PULLIN, FOWLER, FLANAGAN,<br>BROWN & POE, PLLC<br>JamesMark Building<br>901 Quarrier Street<br>Charleston, WV 25301<br>druggier@pffwv.com<br>*Counsel for Defendant Cross Lanes Family Pharmacy, Inc.* | |

**Other Defendants:**

| | |
|---|---|
| **T&J Enterprises, Inc.**<br>c/o Joe McGlothlin<br>2402 Adams Avenue<br>Huntington, WV 25704 | **Safe RX Pharmacies, Inc.**<br><br>Kent Freeman<br>335 Fourth Avenue<br>Huntington, WV, 25701<br><br>503 Fourth Street East<br>South Point, OH, 45680 |

Dated: May 22 2018

Respectfully Submitted,
*/s/ Charles R. Bailey*

Charles R. Bailey
(WV Bar No. 0202)
Justin C. Taylor
(WV Bar No. 8014)
Bailey & Wyant P.L.L.C.
500 Virginia Street East, Suite 600
Charleston WV 25301
T: 304 345 4222
F: 304.343.3133
Email: cbailey@baileywyant.com
Email: jtaylor@baileywyant.com

*Attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc.*